UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTIN WALLACE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| BUREAU OF COLLECTION RECOVERY, INC., | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff, KRISTIN WALLACE ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, BUREAU OF COLLECTION RECOVERY, INC. ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state tort claims alleged.

3. Defendant conducts business in the State of Illinois, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Glen Ellyn, DuPage County, Illinois.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with its headquarters located in Eden Prairie, Minnesota.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant is attempting to collect on a Verizon wireless account that Plaintiff does not owe.

13. Defendant disclosed information regarding its collection attempts to Plaintiff's parents whom Plaintiff does not reside with, nor has she ever.

14. Defendant identified itself only as "BCR".

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(b) of the FDCPA by communicating information regarding the alleged debt with third parties.

    b.    Defendant violated §1692d(6) of the FDCPA by placing telephone calls without providing meaningful disclosure of Defendant's identity.

    c.    Defendant violated §1692e(2)(A) of the FDCPA by falsely representing the character and amount of the debt because Plaintiff does not owe the debt.

    d.    Defendant violated §1692e(14) of the FDCPA by using a name other than the true name of Defendant's company.

**WHEREFORE,** Plaintiff, KRISTIN WALLACE, respectfully requests judgment be entered against Defendant, BUREAU OF COLLECTION RECOVERY, INC., for the following:

a) Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act;
b) Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
c) Actual damages;
d) Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and
e) Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn
Adam J. Krohn
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428
*Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KRISTIN WALLACE, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF _____ )

Plaintiff, KRISTIN WALLACE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KRISTIN WALLACE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_9·17·09_____                          _____
      Date                                          KRISTIN WALLACE