UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTIN WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:09-cv-05782 |
| BUREAU OF COLLECTION ) | |
| RECOVERY, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, KRISTIN WALLACE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                        Respectfully Submitted,

DATED: October 8, 2009                KROHN & MOSS, LTD.

                                        By:___/s/Adam J. Krohn_____
                                                Adam J. Krohn
                                                KROHN & MOSS, LTD.
                                                Attorney for Plaintiff
                                                120 W. Madison St., 10th Fl.
                                                Chicago, Illinois 60602
                                                (312) 578-9428