## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KRISTIN WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-05782 |
| | ) | |
| BUREAU OF COLLECTION RECOVERY INC, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

KRISTIN WALLACE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC. (Defendant), in this case.

DATED:  November 18, 2009          KROHN & MOSS, LTD.

                                                            By:____/s/ Adam J. Krohn_____ _____
                                                            [ ]Adam J. Krohn
                                                            Attorneys for Plaintiff
                                                            Krohn & Moss, Ltd.
                                                            10474 Santa Monica Blvd, Suite 401
                                                           Los Angeles, CA 90025